# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 01:05-CR-0457** |
| : | |
| : | **(Judge Conner)** |
| : | |
| **v.** : | |
| : | |
| **JEFFERY DAVID MABLE** : | |

## ORDER

AND NOW, this 27th day of February, 2006, upon consideration of defendant's motion (Doc. 17) for release from detention pending trial, and for the reasons set forth by the court during a hearing held on this date, it is hereby ORDERED that the motion (Doc. 17) is DENIED.

                                                /s/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge